150 So.2d 585

**MID–STATES INSURANCE COMPANY**

**v.**

**ANCHOR CASUALTY COMPANY et al.**

**No. 46597.**

March 12, 1963.

In re: Mid-States Insurance Company applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Terrebonne. 148 So.2d 380.

Writ denied. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

150 So.2d 585

**Marjorie Dennis CROSS et al.**

**v.**

**REPUBLIC NATIONAL LIFE INSURANCE COMPANY.**

**No. 46599.**

March 12, 1963.

In re: Republic National Life Insurance Company applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Tangipahoa. 148 So.2d 363.

The application is denied. We find no error of law in the judgment complained of.